# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BRAYAN MARTINEZ-TORRES,<br><br>    Defendant. | Case No. 20cr803 JM<br><br><u>Amended</u><br>**ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE** |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, IT IS HEREBY ORDERED that the information in the above-entitled action be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 21, 2020

Jeffrey T. Miller,
United States District Judge